**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| CID S. ARTECONA, JR., #01598635 | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:26-CV-00686-SDJ-AGD |
| | § | |
| DIRECTOR, TDCJ-CID | § | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation of the United States Magistrate Judge (the "Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 5, 2026, the Report of the Magistrate Judge, (Dkt. #6), was entered containing proposed findings of fact and recommendation that the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 be dismissed without prejudice under Federal Rule of Civil Procedure 41(b).

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b).

**So ORDERED and SIGNED this 16th day of September, 2026.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE